COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| MARIO MALONE, | ) | Case No. CV-19-925455 |
| | ) | |
| Plaintiff, | ) | JUDGE KELLY ANN GALLAGHER |
| | ) | |
| v. | ) | |
| | ) | |
| ANCHOR TOOL & DIE CO., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO: THE CLERK OF THE COURT OF COMMON PLEAS,
CUYAHOGA COUNTY, OHIO:

Please take notice that on December 23, 2019, Defendant in the above-entitled action filed a Notice of Removal to the United States District Court for the Northern District of Ohio, Eastern Division.

A copy of the Notice of Removal is attached hereto.

Respectfully submitted,

/s/ *Lester W. Armstrong*
Seth P. Briskin (0065685)
Lester W. Armstrong (0036832)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
Phone: (216) 831-0042
Fax: (216) 831-0542
Email: sbriskin@meyersroman.com
       larmstrong@meyersroman.com

*Attorneys for Defendant*

{01743058}

## **CERTIFICATE OF SERVICE**

I certify that on December 23, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Lester W. Armstrong*
Lester W. Armstrong (0036832)