**UNITED STATES DISTRICT COURT**
**Northern District of Ohio**

| | |
|---|---|
| MARIO MALONE ) | |
| ) | Case No. 1:19-cv-02958-DCN |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE DONALD C. NUGENT |
| ) | |
| ANCHOR TOOL & DIE CO. ) | |
| ) | |
| Defendant. ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed, *with prejudice*. Parties to bear their own attorneys' fees and costs.

Dated: June 1, 2020

**THE SPITZ LAW FIRM, LLC**

*s/Stephan I. Voudris\**
Stephan I . Voudris (0055795)
VOUDRIS LAW LLC
8401 Chagrin Road, Suite 8
Chagrin Falls, OH 44023
Phone: (440) 543-0670
Fax: (440) 543-0721 – Fax
Email:  svoudris@voudrislaw.com
*\* Approved via email*

*Counsel for Plaintiff*

**BAKER & HOSTETLER LLP**

*s/Carrie Valdez*
Jeffrey R. Vlasek (0082771)
Carrie Valdez (0094004)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Phone: (216) 861-7547
Fax: (216) 696-0740
Email: jvlasek@bakerlaw.com
       cvaldez@bakerlaw.com

*Counsel for Defendant*

IT IS SO ORDERED.
/s/ Donald C. Nugent 6/1/2020
United States District Judge